Steven Ray **RITCHIE**, Petitioner–Appellant,

v.

Leroy **KIRKEGARD**; Mike Batista, Respondents–Appellees.

No. 14–35532.

United States Court of Appeals, Ninth Circuit.

Argued· and Submitted Nov. 3, 2015.

Filed Nov. 6, 2015.

Colin M. Stephens, Smith & Stephens, P.C., Missoula, MT, for Petitioner–Appellant.

C. Mark Fowler, Assistant Attorney General, State of Montana Office of the Attorney General, Helena, MT, for Respondents–Appellees.

Before: FISHER, BERZON and WATFORD, Circuit Judges.

MEMORANDUM *

Petitioner Steven Ritchie appeals the dismissal of his federal habeas petition as untimely. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253.

At oral argument, the state conceded Ritchie's petition was timely in light of *Rogers v. Ferriter*, 796 F.3d 1009 (9th Cir.2015). We therefore reverse the dis-

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

trict court's decision and remand for further proceedings.

**REVERSED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.